IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

(unsealed 3/4/08 rfb)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-11 |
| ) | |
| TYE ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case remain sealed until further order of this Court.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: January 22, 2008

AND NOW, to wit, this 22nd day of January 2008, upon the foregoing Motion,

**IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further order of this court.

_____
Honorable Leonard P. Stark
United States Magistrate Judge