REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 08-11 |
| TYE ANDERSON, | ) | |
| Defendant. | ) | |

**INDICTMENT**

FILED
JAN 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Grand Jury for the District of Delaware charges that

**COUNT I**

From in or around July 2005, and continuing to on or about March 9, 2006, in the State and District of Delaware and elsewhere, Tye Anderson, defendant herein, did knowingly conspire with persons known and unknown to the Grand Jury to distribute, and to possess with the intent to distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF FORFEITURE

Upon conviction of one of more of the controlled substances offenses alleged in Count I of this Information, defendant Tye Anderson shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, in any manner or part, to commit or to facilitate the commission of the said violations.

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided with difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: January 22, 2008