IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 11 |
| ) | |
| TYE ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Tye Anderson, as a result of the Indictment returned against him on January 22, 2008

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: January 22, 2008

AND NOW, this 22nd day of January 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Tye Anderson.

_____
Honorable Leonard P. Stark
United States Magistrate Judge