IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-11-UNA |
| | ) | |
| TYE ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves for this Court to unseal the Indictment and File in the above-captioned matter.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: March 4, 2008

AND NOW, to wit, this 4th day of March 2008, upon the foregoing Motion,

**IT IS HEREBY ORDERED** that the Superseding Indictment and File in the above-captioned case be unsealed.

Honorable Leonard P. Stark
United States Magistrate Judge