PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. 08-11 |
| Tye Anderson | ) ) ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW ANGELICA LOPEZ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tye Anderson who was placed under pretrial release supervision by the Honorable Leonard P. Stark sitting in the court at Wilmington, Delaware, on the 6th day of March, 2008 under the following conditions:

Report to Pretrial Services; Maintain or actively seek employment; Surrender any passport to court; Obtain no passport; Travel restricted to District of Delaware; Refrain from possessing a firearm; Refrain from any use of alcohol; Refrain from use or unlawful possession of a narcotic drug; Submit to drug testing as directed by Pretrial Services; Participate in a program of inpatient or outpatient subtance abuse therapy and counseling as direced by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Condition 7(p):** The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
**Evidence:** On April 17, 2008, the defendant tested positive for the use of cocaine. On April 21, 2008, the defendant tested positive for morphine.

**PRAYING THAT THE COURT WILL ORDER**... the issuance of a summons requiring Tye Anderson to appear before the court for a hearing to determine if he has violated the terms and conditions of his release.

ORDER OF COURT

So ordered this 6th day of May, 2008.

_____
Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on   May 6, 2008

Place   Wilmington, Delaware