# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

_Tye Anderson_
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO 18 USC §3148**

Case Number: CR08-11-GMS

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___TBD___ * at ___TBD___
                                    Date                Time

before ___HONORABLE LEONARD P. STARK, UNITED STATES MAGISTRATE JUDGE___
                              Name of Judicial Officer

Ctrm. # 2A, 2ND Flr., Federal Bldg., 844 King St., Wilmington, Delaware
                              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
                              Other Custodial Official

and produced for the hearing.

___May 8, 2008___                    ___[signature]___
        Date                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED

MAY 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE