UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 08-11-GMS |
| vs. | ) | |
| | ) | |
| **TYE ANDERSON**, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

At Wilmington this **9th**, day of **May, 2008**;

IT IS ORDERED that the hearing to consider revocation of pretrial release is scheduled for **Wednesday, May 14th, 2008** at 1:15 p.m. in Courtroom 2A, on the second floor of the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware before U.S. Magistrate Leonard P. Stark.

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**